CHRISTIANA LOEHR, Appellant, *v.* EAST SIDE OMNIBUS CORPORATION, Respondent.

Argued November 17, 1941; decided December 10, 1941.

*William Harvey Smith* and *Solomon Kaufman* for appellant.

*Jacob I. Goodstein, Isidore Zamore* and *Benjamin William Mehlman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

Motion to dismiss appeal denied.